**Electronically Filed
Supreme Court
SCWC-29331
02-FEB-2012
10:01 AM**

NO. SCWC-29331

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MOMILANI FERNANDEZ, Petitioner/Plaintiff-Appellant,

vs.

MARK DEVELOPMENT, INC., the DEPARTMENT OF HAWAIIAN
HOME LANDS, the HAWAIIAN HOMES COMMISSION, MICAH
KANE, in his official capacity as Chairperson of the
Hawaiian Homes Commission, and VILLAGE 6 RTO, LP,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29331; CIV. NO. 07-1-0776)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant Momilani Fernandez's

application for writ of certiorari filed on December 19, 2011, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 2, 2012.

David Kimo Frankel
on the application for
petitioner/plaintiff-
appellant.

Sidney K. Ayabe, J.
Thomas Weber and Gary S.
Miyamoto on the opposition
for respondents/defendants-
appellees.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

